UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES

vs.

ROGER ALLISON
_____/

CASE NO: 3:21-CR-00171(4)
JUDGE RICHARDSON

## DEFENDANT'S REQUEST TO FILE DOCUMENT UNDER SEAL

The Defendant Roger Allison by and through his undersigned counsel respectfully seeks leave of Court to file a document under seal. Counsel would aver that there is content in this document that is of a sensitive nature and the legitimate interests in favor of sealing outweigh the interests of the public in accessing the document.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Request to File Under Seal was filed in the ECF system and a copy was provided to AUSAs Sara Bogni and Robert Levine and all defense counsel of record this 31st day of August, 2022.

RESPECTFULLY SUBMITTED:

/S/ LAWRENCE J. ARNKOFF
LAWRENCE J. ARNKOFF
TENNESSEE BAR # 026140
ATTORNEY FOR DEFENDANT
Larnkoff@Bellsouth.net
5115 MARYLAND WAY
BRENTWOOD TN 37027
TEL: 615 973 4570